BRIAN C. VANDERHOOF (SBN 248511)
    Brian.Vanderhoof@leclairryan.com
LeClairRyan LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA  90017
Telephone: (213) 488-0503
Facsimile: (213) 624-3755

ATTISON L. BARNES, III (admitted *pro hac vice*)
    abarnes@wileyrein.com
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Attorneys for Defendant/Counterclaimant
ENTERPRISE SERVICES LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KST DATA, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DXC TECHNOLOGY COMPANY, a Nevada Corporation; ENTERPRISE SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-10, <br><br> Defendants. | CASE NO. 2:17-cv-07927 SJO (SK) <br><br> Judge:  S. James Otero <br><br> **ENTERPRISE SERVICES LLC'S APPLICATION TO SEAL EXHIBITS AND REFERENCES FILED IN CONNECTION WITH** <br> **1. ENTERPRISE SERVICES LLC'S  MOTION FOR SUMMARY JUDGMENT** <br> **2. KST DATA INC.'S MOTION FOR SUMMARY JUDGMENT** |
| ENTERPRISE SERVICES LLC, a Delaware Limited Liability Company, <br><br> Counterclaimant, <br><br> vs. <br><br> KST DATA, INC., a California Corporation; ARMANDO TAN, an individual; and MITCHELL EVANS, an individual, <br><br> Counterdefendants. | [Declaration of Attison L. Barnes and Exhibits; and [Proposed] Order filed concurrently herewith] <br><br> Hearing Date:  December 17, 2018 <br> Time:              10:00 a.m. <br> Courtroom:      10C |

Pursuant to Local Rule 79-5.2.2(b), Defendant/ Counterclaimant Enterprise Services LLC ("ES"), by counsel, petitions this Court for an Order sealing certain exhibits attached to the Declaration of Attison L. Barnes, III, as described more fully below, that ES intends to file in support of its Motion for Summary Judgment. Plaintiff and Counterdefendant KST Data, Inc. ("KST") does not oppose this motion.

## I.     RELIEF REQUESTED

ES respectfully requests the sealing of the following documents to be filed in support of ES' Motion for Summary Judgment:

| Document | Description | Portions to be Sealed |
|---|---|---|
| Barnes Declaration – Exhibit 1 | ES00026289, specifically KST's small business representations and certifications. | Entire Exhibit |
| Barnes Declaration – Exhibit 2 | KST_CV0015367, specifically a one-page summary about DME dated March 11, 2011 | Entire Exhibit |
| Barnes Declaration – Exhibit 3 | ES00011030, specifically the Prime Contract between ES and the National Aeronautics and Space Administration ("NASA"), Solicitation NNX11AA01C (the "ACES Contract"). | Entire Exhibit |

| Barnes Declaration – Exhibit 4 | KST_CV0001165, specifically the Statement of Work ("SOW") entered into between ES and KST, signed April of 2011. | Entire Exhibit |
|---|---|---|
| Barnes Declaration – Exhibit 5 | ES00006084, specifically the SOW entered into between ES and DME Products and Services ("DME"). | Entire Exhibit |
| Barnes Declaration – Exhibit 6 | ES00023222, specifically the signature page to the SOW between ES and DME, executed April of 2011. | Entire Exhibit |
| Barnes Declaration – Exhibit 7 | ES00013587, specifically the Resale Master Agreement ("RMA") between KST and ES. | Entire Exhibit |
| Barnes Declaration – Exhibit 8 | KST_CV0002899, KST_CV0003229, KST_CV0007566, and KST_CV0007599, specifically Purchase Orders 8900010326, 8900000793, 8900000224, | Entire Exhibit |

| | | |
|---|---|---|
| | and 89000023 submitted to DME by ES. | |
| Barnes Declaration – Exhibit 9 | ES00000211, specifically Purchase Order 8900000260 submitted to KST by ES. | Entire Exhibit |
| Barnes Declaration – Exhibit 10 | ES00014205, specifically a Power Point presentation prepared by KST and presented to ES. | Entire Exhibit |
| Barnes Declaration – Exhibit 11 | ES00025473, specifically an email from Stephanie Smith to Jim Locke, Bob Clark, Harry Carolson, Gwen Johnson, Steve Vetter. Helen Fischer, and Vinnie Madsen dated March 29, 2011. | Entire Exhibit |
| Barnes Declaration – Exhibit 12 | KST_CV0005649-54, specifically an email from Armando Tan to Bob Clark, dated April 13, 2011. | Entire Exhibit |
| Barnes Declaration – Exhibit 13 | ES00023797, specifically an email from Armando Tan to Steve Vetter, Steve | Entire Exhibit |

| | | |
|---|---|---|
| | Zaiser, Jim Locke, and Hugh Langford, dated August 30, 2011. | |
| Barnes Declaration – Exhibit 14 | KST_CV0015418-31, specifically an email from Mitch Evans to Armando Tan dated July 27, 2011. | Entire Exhibit |
| Barnes Declaration – Exhibit 15 | KST_CV0081277, specifically an email from Armando Tan to Mark Edson, dated May 17, 201. | Entire Exhibit |
| Barnes Declaration – Exhibit 16 | KST_CV0001855, specifically an email from Cheryl Thomas to Armando Tan and Ester Tan, dated December 14, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 17 | KST_CV0001856, specifically emails and invoices submitted by Cheryl Thomas to ES dated December 14, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 18 | KST_CV0001857-58, specifically emails and invoices submitted by Cheryl Thomas to ES | Entire Exhibit |

| | | |
|---|---|---|
| | dated December 14, 2012. | |
| Barnes Declaration – Exhibit 19 | KST_CV0001859, specifically emails and invoices submitted by Cheryl Thomas to ES dated December 14, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 20 | KST_CV0001860, specifically emails and invoices submitted by Cheryl Thomas to ES dated December 14, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 21 | KST_CV0001861, specifically emails and invoices submitted by Cheryl Thomas to ES dated December 14, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 22 | KST_CV0001862, specifically emails and invoices submitted by Cheryl Thomas to ES dated December 14, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 23 | ES00022920, specifically an email from Frances Gilpin to Mitch Evans, dated January 25, 2013. | Entire Exhibit |
| Barnes Declaration – | KST_CV0007639, | Entire Exhibit |

| Exhibit 24 | specifically an email from Mitch Evans to Armando Tan and Ester Tan, dated January 25, 2012. | |
|---|---|---|
| Barnes Declaration – Exhibit 25 | DME00001056, specifically an email from Armando Tan to Mitch Evans, dated February 2. 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 26 | KST_CV0012783, specifically an email from Cheryl Thomas to Armando Tan, dated September 6, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 27 | KST_CV0015467, specifically an email from Mitch Evans to Armando Tan, dated October 28, 2011. | Entire Exhibit |
| Barnes Declaration – Exhibit 28 | KST_CV0007620, specifically an email from Armando Tan to Mitch Evans dated November 8, 2011. | Entire Exhibit |
| Barnes Declaration – Exhibit 29 | DME00000028, specifically an email from | Entire Exhibit |

| | | |
|---|---|---|
| | Cheryl Thomas to Deonna Rein dated November 19, 2012. | |
| Barnes Declaration – Exhibit 30 | KST_CV0081277, specifically an email from Armando Tan to Mark Edson, dated May 17, 2013. | Entire Exhibit |
| Barnes Declaration – Exhibit 31 | DME00000001, specifically an email from Deonna Rein to Ester Tan, dated December 4, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 32 | DME00000010, specifically an email from Deonna Rein to Ester Tan and Cheryl Thomas, dated January 14, 2014. | Entire Exhibit |
| Barnes Declaration – Exhibit 33 | KST_CV0016654, specifically an email from Ester Tan, dated September 29, 2014. | Entire Exhibit |
| Barnes Declaration – Exhibit 34 | DME00001056, specifically an email from Armando Tan to Cheryl Thomas, dated February 2, 2012. | Entire Exhibit |

APPLICATION TO FILE UNDER SEAL

| | | |
|---|---|---|
| Barnes Declaration – Exhibit 35 | KST_CV0015910, specifically an email from Mitch Evans to Armando Tan, dated May 10, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 36 | KST_CV0012783, specifically an email from Cheryl Thomas to Armando Tan, dated September 6, 2012. | Entire Exhibit |
| Barnes Declaration – Exhibit 37 | ES00022925, specifically an email from Mitch Evants to Ludy Faruolo, dated March 28, 2014. | Entire Exhibit |
| Barnes Declaration – Exhibit 38 | DME00002472, specifically an email from Mitch Evans to Eugene Jacobwitz, dated March 14, 2014. | Entire Exhibit |
| Barnes Declaration – Exhibit 39 | DME00001046, specifically an email from Armando Tan to Eugene Jacobwitz and Mitchell Evans, dated April 18, 2014. | Entire Exhibit |
| Barnes Declaration – Exhibit 40 | KST_CV0019983, specifically an email from | Entire Exhibit |

| | | |
|---|---|---|
| | Mitch Evans to Cheryl Thomas and Armando Tan, dated December 22, 2014. | |
| Barnes Declaration – Exhibit 41 | KST_CV0016009, specifically an email from Mitch Evans to Armando Tan dated March 31, 2015. | Entire Exhibit |
| Barnes Declaration – Exhibit 42 | KST_CV0016010, specifically an invoice dated February 27, 2015. | Entire Exhibit |
| Barnes Declaration – Exhibit 43 | KST_CV0016033, specifically an email from Mitch Evans to Armando Tan, dated July 2, 2015. | Entire Exhibit |
| Barnes Declaration – Exhibit 44 | ES00018770, specifically a letter from Adam Kiefer to Lewis Hansen, dated December 22, 2014. | Entire Exhibit |
| Barnes Declaration – Exhibit 45 | ES00030493, specifically a letter from Lewis Hansen to Adam Kiefer, dated March 27, 2015. | Entire Exhibit |
| Barnes Declaration – Exhibit 46 | ES00030498, specifically a letter from Lewis | Entire Exhibit |

| | | |
|---|---|---|
| | Hansen to Adam Kiefer, dated June 4, 2015. | |
| Barnes Declaration — Exhibit 47 | ES00022879, specifically a letter from Lewis Hansen to Adam Kiefer, dated June 8, 2015. | Entire Exhibit |
| Barnes Declaration — Exhibit 48 | ES00012435, specifically a letter from Lewis Hansen to Adam Kiefer, dated February 24, 2016. | Entire Exhibit |
| Barnes Declaration — Exhibit 49 | ES00021164, specifically letter from Lewis Hansen to Adam Kiefer, dated December 8, 2014. | Entire Exhibit |
| Barnes Declaration — Exhibit 50 | ES00013666, specifically a letter from Robert Pearson to Armando Tan dated January 21, 2015. | Entire Exhibit |
| Barnes Declaration — Exhibit 51 | ES00013670, specifically a letter from Joanne Mosig to Armando Tan, dated June 30, 2015. | Entire Exhibit |
| Barnes Declaration — Exhibit 52 | ES00022888, specifically a letter from Joanne Mosig to Armando Tan, dated July 20, 2015. | Entire Exhibit |

| Barnes Declaration – Exhibit 53 | ES00011818, specifically a letter from Joanne Mosig to Armando Tan, dated August 31, 2015. | Entire Exhibit |
|---|---|---|
| Barnes Declaration – Exhibit 54 | ES00021164, specifically letter from Lewis Hansen to Adam Kiefer, dated December 8, 2014. | Entire Exhibit |
| Barnes Declaration – Exhibit 55 | ES00010184, specifically a letter from William Horton to Adam Keifer, dated January 13, 2017. | Entire Exhibit |
| Barnes Declaration – Exhibit 56 | ES00010194, specifically a letter from William Horton to Adam Kiefer, dated December 5, 2017. | Entire Exhibit |
| Barnes Declaration – Exhibit 57 | ES00011916, specifically a letter from Joanne Mosig to Armando Tan, dated October 12, 2015. | Entire Exhibit |
| Barnes Declaration – Exhibit 58 | KST_CV0074457, specifically a letter from Jason Steptoe to Torres Tansobing, dated September 30, 2015. | Entire Exhibit |
| Barnes Declaration – | KST_CV00074463, | Entire Exhibit |

APPLICATION TO FILE UNDER SEAL

| | | |
|---|---|---|
| Exhibit 59 | specifically a notice of suspension by NASA to KST. | |
| Barnes Declaration – Exhibit 60 | KST_CV0036151, specifically a letter from Gary Lincenberg to Jason Steptoe, dated October 19, 2015. | Entire Exhibit |
| Barnes Declaration – Exhibit 61 | KST_CV0036058, specifically a draft of "KST Compliance Program Policies and Procedures", dated October 8, 2015. | Entire Exhibit |
| Barnes Declaration – Exhibit 62 | KST_CV0081884, specifically a criminal complaint against KST. | Entire Exhibit |
| Barnes Declaration – Exhibit 63 | KST_CV0082358, specifically a true and correct copy of an Administrative Agreement entered into between NASA and KST, dated March 29, 2017. | Entire Exhibit |
| Barnes Declaration – Exhibit 64 | Excerpts of a transcript of the deposition of Armando | Entire Exhibit |

| | Tan taken in this action on October 23, 2018. | |
|---|---|---|
| Barnes Declaration – Exhibit 65 | Excerpts of a transcript of the deposition of Steve Vetter taken in this action on November 9, 2018. | Entire Exhibit |
| Barnes Declaration – Exhibit 66 | Excerpts of a transcript of a deposition of Mitch Evans taken in this action on October 21, 2018. | Entire Exhibit |
| Barnes Declaration – Exhibit 67 | Excerpts of a transcript of a deposition taken of Armando Tan on behalf of KST in this action dated November 8, 2018. | Entire Exhibit |
| Barnes Declaration – Exhibit 68 | Excerpts of a transcript of a deposition taken of Ester Tansobing in this action dated October 25, 2018. | Entire Exhibit |
| Barnes Declaration – Exhibit 69 | KST's objections and responses to ES's first set of requests for admission. | Entire Exhibit |
| Barnes Declaration – Exhibit 70 | Excerpts of KST's objections and responses to ES's First Set of Interrogatories. | Entire Exhibit |

| Barnes Declaration – Exhibit 71 | Excerpts of KST's third supplemental responses and objections to ES's First Set of Interrogatories. | Entire Exhibit |
|---|---|---|
| Barnes Declaration – Exhibit 72 | Excerpts of ES's supplemental objections and responses to KST's First Set of Interrogatories. | Entire Exhibit |
| Barnes Declaration – Exhibit 73 | Excerpts of KST's Second Supplemental Objections and Responses to ES's First Set of Interrogatories.. | Entire Exhibit |

ES respectfully requests the sealing of the following documents that will be used by KST in support of its Motion for Summary Judgment:

| Document | Description | Portions to be Sealed |
|---|---|---|
| KST-Exhibit 2 | ES00021966-ES0001803, Aces Contract | Entire Exhibit |
| KST-Exhibit 3 | ES00001789-ES00001803, I-3 Retainage Pools and Performance Metrics | Entire Exhibit |
| KST-Exhibit 5 | ES00007772- | Entire Exhibit |

| | | |
|---|---|---|
| | ES00007788, I-16 Small Business Subcontracting Plan | |
| KST-Exhibit 6 | ES00024874-ES000024875, email from Steve Vetter dated August 29, 2011 | Entire Exhibit |
| KST-Exhibit 7 | ES00003313-ES00003364 – email to Adam Keifer dated October 28, 2013, attaching MOD 20 (NNX11AA01C) | Entire Exhibit |
| KST-Exhibit 8 | ES00004218-ES00004256, email to Adam Keifer dated February 4, 2014 attaching Mod 224 | Entire Exhibit |
| KST-Exhibit 9 | ES00001946-ES00002027, HP Enterprise Services Statement of Work between HPES and KST | Entire Exhibit |
| KST-Exhibit 10 | ES00031800-ES000318004, email from Deb Gardiner dated March 16, 2012 attaching KST | Entire Exhibit |

| | | Amendment Review3.16.12 | |
|---|---|---|---|
| | KST-Exhibit 12 | ES00031792-ES31797, email to Deb Gardiner dated March 30, 20112 attaching KST SOW Amendment 3 HPES Retainage Pools and Performance Metrics 3_5_12(3) | Entire Exhibit |
| | KST-Exhibit 13 | ES00031858-ES00031862, email to Deb Gardiner dated may 1, 2012 | Entire Exhibit |
| | KST-Exhibit 14 | ES00031507-ES00031508, instant message conversation between Levi Chriss and Joanne Mosig dated August 10, 2012 | Entire Exhibit |
| | KST-Exhibit 15 | ES00029975    Resale Master Agreement | Entire Exhibit |
| | KST-Exhibit 16 | Objections and Supp Responses to KST Rogs - Set 1 | Entire Exhibit |
| | KST-Exhibit 17 | ES00013488_executed | Entire Exhibit |

| | | |
|---|---|---|
| | DME SOW | |
| KST-Exhibit 18 | ES00013730_final DME SOW | Entire Exhibit |
| KST-Exhibit 19 | Purchase Order 8900000793, Bates numbers ES00000403-ES00000412 | Entire Exhibit |
| KST-Exhibit 20 | Purchase Order 8900000223, Bates numbers ES00000413-ES0000043 | Entire Exhibit |
| KST-Exhibit 21 | Purchase Order 8900000224, Bates numbers ES00000431-ES00000446 | Entire Exhibit |
| KST-Exhibit 22 | Purchase Order 8900010326 V0002, Bates numbers ES00000447-ES00000449 | Entire Exhibit |
| KST-Exhibit 24 | ES Responses to KST's First Set of Interrogatories | Entire Exhibit |
| KST-Exhibit 27 | Adam Keifer Deposition Transcript | Pages: 74:1-79:19; 70:22-71:5; 76:6-80:19; 69:3-71:2; 74:11-79:19; 50:20-61:10; 149:19- |

| | | 150:6 |
|---|---|---|
| KST-Exhibit 28 | Joanne Mosig Deposition Transcript | Pages: 175:22-179:9; 26:25-28:18; 21:21-24:17; 170:12-171:24; 21:21-24:9; 26:25-33:25; 131:13-21; 75:1-76:24; 193:13-194:20 |
| KST-Exhibit 29 | Steve Vetter Deposition Transcript | Pages: 28:11-31:14; 33:2-35:15; 56:8-57:4; 34:22-35:24; 56:1-57:4; 31:10-14; 25:14-26:14; 25:14-26:14; 139:17-140:1; 69:23-70:12; 73:8-10; 64:11-65:10 |
| KST-Exhibit 30 | Deborah Trotter Deposition Transcript | Pages: 41:12-43:15; 42:14-43:1; 52:8-53:7; 16:2-17:5; 22:20-25:25; 116:22-120:17; 122:10-124.5; 124:6-125:3; 125:4-126:22 |
| KST-Exhibit 31 | ES 30(b)(6) Deposition Transcript – Adam Keifer | Pages: 15:23-16:7; 35:7-36:11; 44:20-47:7; 46:23-47:7; 52:21-53:11; 76:18-77:4' 81:7-82:1; 82:3-14; 96:2-12; 99:7-13; 101:2-12; 102:4-103:10; 105:7- |

| | | 13; 106:5-22; 114:2-11; 125:9-21; 140:23-142:5; 144:7-23; 159:14-160:2; 165:10-16; 236:11-25; 275:19-277:13; 307:20-23 |
|---|---|---|
| KST-Exhibit 32 | Deborah Fischer Deposition Transcript | Pages: 29:18-30:7; 47:16-48:6; 54:14-57:14; 144:4-145:25 |
| KST-Exhibit 34 | Robert Pearson Deposition Transcript | Pages: 31:13-32:24; 29:17-30:3 |
| KST-Exhibit 35 | Douglas Harris Deposition Transcript | Pages: 46:13-49:6; 52:6-9; 91:7-20; 92:9-18; 97:11-98:20; 108:5-14; 120:12-121:13 |
| KST-Exhibit 36 | Linda Seitz Deposition Transcript | Pages: 22:25-23:13; 24:9-18; 26:3-9; 29:11-30:6; 43:14-44:14; 50:15-24; 55:9-14; 74:15-24; 76:23-77:4; 83:6-9 |

## II.   ARGUMENT

Each of Exhibits 1, 3, 5-7, 9-11, 13, 23, 37, 44, and 45-57 to the declaration of Attison L. Barnes, III are business records that are maintained by ES as confidential and Exhibit 65 an excerpt from the deposition testimony from Steve Vetter that reveals information of a similar nature. Likewise, exhibits 70 and 72 are discovery responses from ES in this matter that reveal confidential information. It is anticipated that KST will rely in support of its motion for summary judgment KST-

Exhibits 2, 3, 5-10, 12-22, and 24 that also consist of ES's confidential business records and testimony of a sensitive business nature.  KST also indicated that it will rely on excerpts from the deposition transcripts of several ES related witnesses as set forth in KST-Exhibits 27-32 and 34-36.   The confidential testimony of ES's witnesses and ES's confidential business records hereinafter referred to as the "Confidential Documents and Testimony."

The Confidential Documents and Testimony contain proprietary business information that is sensitive in nature.  Collectively, these Confidential Documents contain information that if revealed to a competitor could and likely would harm ES's competitive standing and ability to compete in the future.  "The protection of proprietary business information and prospective business plans is a compelling reason to permit the filing of documents under seal." *Morawski v. Lightstorm Entm't, Inc.*, No. 11-10294, 2012 WL 12883814, at *2 (C.D. Cal. Dec. 10, 2012); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (courts may deny access to records "as sources of business information that might harm a litigant's competitive standing.").

The Confidential Documents provide a specific look at the nature of ES's business including information related to pricing and negotiation strategy and provide insight into ES's competitive advantage in the market.  The Confidential Documents should be sealed.  *See Bauer Bros. LLC v. Nike, Inc.*, No. 09-cv-500, 2012 WL 1899838, at *2 (S.D. Cal. May 24, 2012) (granting motion to seal declaration and exhibits that detailed Nike's marketing plan, implementation strategy, and customer lists).  Disclosure of the information contained in the Confidential Documents would allow ES's adversaries to "exploit its strategic business plans, [] replicate its business methods, and [] gain a competitive advantage over [ES] by identifying its business methods and processes." *Tdn Money Sys., Inc.*, 2016 WL 4708466, at *2. For these reasons ES's Confidential Documents should be sealed.

Exhibits 2, 4, 8, 12, 14-22, 24, 26, 27, 28, 30, 33, 35, 36, 40-43, and 58-63   to the Declaration of Attison L. Barnes, III were produced in discovery by KST. Exhibits 64, 66, and 69 comprise excerpts from depositions of KST related witnesses and exhibits 71 and 73 are discovery responses that KST provided during discovery.  The exhibits referenced in this paragraph shall be referred to collectively as "KST's Documents." KST's Documents were designated confidential pursuant to the terms of the protective order on file in this action.  KST's has expressed an interest in maintaining the confidentiality of the KST Documents.

Exhibits 25, 29, 31, 32, 34, 38, and 39 to the declaration of Attison L. Barnes, III were produced in discovery by non-party DME.  DME designated the documents as confidential pursuant to the terms of the protective order on file in the action.

## III.   CONCLUSION

For the reasons stated herein and in the accompanying Declaration of Attison L. Barnes, III, there is good cause for the Confidential Documents to be sealed and ES requests that the Court grant this application to seal the Confidential Documents.


DATED:  November 12, 2018                LECLAIRRYAN LLP

                                        By: /s/Brian C. Vanderhoof
                                              BRIAN C. VANDERHOOF


                                        WILEY REIN LLP


                                        By: /s/Attison L. Barnes, III
                                              ATTISON L. BARNES, III (admitted
                                              *pro hac vice*)

                                        Attorneys for
                                        Defendant/Counterclaimant
                                        ENTERPRISE SERVICES LLC