# EXHIBIT 1

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 2

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 3

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 4

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 5

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 6

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

## **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 7

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 8

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 9

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 10

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 11

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 12

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 13

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 14

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 15

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 16

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 17

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 18

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 19

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 20

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 21

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 22

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

## **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 23

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 24

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 25

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 26

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 27

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 28

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 29

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 30

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 31

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 32

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 33

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 34

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERLINED UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 35

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 36

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 37

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 38

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 39

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 40

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 41

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 42

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 43

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 44

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 45

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 46

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 47

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 48

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 49

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 50

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 51

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 52

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 53

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 54

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 55

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 56

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 57

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 58

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 59

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 60

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 61

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 62

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 63

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

## **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 64

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 65

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 66

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 67

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 68

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 69

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 70

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 71

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNDERACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 72

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **UNREDACTED** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 73

to Declaration of Attison L. Barnes, III in Support of Defendant/Counterclaimant Enterprise Services LLC's Motion for Summary Judgment

# **<u>UNREDACTED</u>** VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL