# EXHIBIT 2 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 3 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 5 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 6 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 7 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 8 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 9 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 10 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 12 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 13 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 14 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 15 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 16 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 17 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 18 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 19 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 20 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 21 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 22 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 24 To:

## Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

## <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 27 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 28 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 29 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 30 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 31 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 32 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 34 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 35 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Exhibit 36 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff/Counter-Defendant KST Data, Inc.'s Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL