# EXHIBIT A

Gary S. Lincenberg - State Bar No. 123058
  glincenberg@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Ashley D. Bowman - State Bar No. 286099
  abowman@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Plaintiff and Counter-Defendant KST Data, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KST DATA, INC., a California Corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>DXC TECHNOLOGY COMPANY, a Nevada Corporation; ENTERPRISE SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>             Defendants. | CASE NO. 2:17-cv-07927 SJO (SKx)<br><br>**DECLARATION OF ASHLEY D. BOWMAN IN SUPPORT OF PLAINTIFF KST DATA, INC.'S OPPOSITION TO DEFENDANT ENTERPRISE SERVICES LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    December 17, 2018<br>Time:    10:00 a.m.<br>Crtrm.:  10C<br><br>Assigned to Hon. S. James Otero |
| ENTERPRISE SERVICES LLC, a Delaware Limited Liability Company,<br><br>             Counterclaimant,<br><br>vs.<br><br>KST DATA, INC., a California Corporation,<br><br>             Counterdefendant. | |

3534825.2

**DECLARATION OF ASHLEY D. BOWMAN**

I, Ashley D. Bowman, declare as follows:

1. I am an active member of the Bar of the State of California and an associate with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, a Professional Corporation, attorneys of record for Counter-Defendant KST Data, Inc. ("KST") in this action. I make this declaration in connection with KST's Opposition to Counter-Claimant Enterprise Services LLC's ("ES") Motion for Summary Judgment.[1] Except for those matters stated on information and belief, I could and would so testify.

2. A true and correct copy of KST's Second Supplemental Responses and Objections to Enterprise Services' First Set of Interrogatories served in this action is attached as **Exhibit 1**.[2]

3. A true and correct copy of the ACES Prime Contract for RFP: NNX10272008R, Bates numbers ES00021966-ES00022635, produced in this matter, is attached as **Exhibit 2**.

4. A true and correct copy of KST's Rebuttal Expert Disclosure and Report is attached as **Exhibit 4**.

5. A true and correct copy of Attachment I-16 "Small Business Subcontracting Plan," bates numbers ES00007772-ES00007788, produced in this

---

[1] Defendant and Counterclaimant Enterprise Services, LLC does not dispute the authenticity of the Exhibits referenced in, and attached to, this Declaration.

[2] To facilitate the Court's ability to cross-reference the exhibits filed in support of KST's Opposition to ES' Motion for Summary Judgement with identical exhibits filed in support of KST's Motion for Summary Judgement, KST has retained the same numbers for Exhibits 1-36, with the exception of Exhibit 4, which contains the rebuttal, rather than the initial report from KST's expert. Accordingly, any non-sequential numbering for Exhibits 1-36 is intentional. New exhibits filed only in support of KST's Opposition begin sequentially at Exhibit 37. Exhibits 37-50 are attached to the concurrently filed Declarations of Cheryl Thomas, Benjamin Jacobe, and Armando Tan. The remaining exhibits are attached to this Declaration.

1 matter, is attached as **Exhibit 5**.

2      6.    A true and correct copy of an email from Steve Vetter, dated August 29, 2011, Bates numbers ES00024874-ES00024875, produced in this matter, is attached as **Exhibit 6**.

     7.    A true and correct copy of the executed HP Enterprise Services Statement of Work between HPES and KST Data Inc., in support of the NASA ACES Contract NNX10272008R, Bates numbers ES00001946-ES00002027, produced in this matter, is attached as **Exhibit 9**.

     8.    A true and correct copy of an email to Deb Gardiner, dated March 16, 2012, attaching "KST AMENDMENT REVIEW 3.16.12", Bates numbers ES00031800-ES00031804, produced in this matter, is attached as **Exhibit 10**.

     9.    A true and correct copy of an email to Deb Gardiner and Mark Edson, dated March 27, 2012, attaching "KST SOW Amendment 3 HPES Retainage Pools and Performance Metrics 3_5_12 (KST Reviewed)", Bates numbers KST_CV0009252-KST_CV0009272, produced in this matter, is attached as **Exhibit 11**.

     10.    A true and correct copy of an email to Deb Gardiner, dated March 30, 2012, attaching "KST SOW Amendment 3 HPES Retainage Pools and Performance Metrics 3_5_12 (3)", Bates numbers ES00031792-ES00031797, produced in this matter, is attached as **Exhibit 12**.

     11.    A true and correct copy of an email to Deb Gardiner, dated May 1, 2012, Bates numbers ES00031858-ES00031862, produced in this matter, is attached as **Exhibit 13**.

     12.    A true and correct copy of an instant message conversation between Levi Chriss and Joanne Mosig, dated August 10, 2012, Bates numbers ES00031507-ES00031508, produced in this matter, is attached as **Exhibit 14**.

     13.    A true and correct copy of the Resale Master Agreement, Bates numbered ES00029975-ES00030050, produced in this matter, is attached as **Exhibit**

1   **15**.

2   14.    A true and correct copy of the executed HP Enterprise Services

3   Statement of Work between HPES and DME Product and Services, in support of the

4   NASA ACES Contract NNX10272008R, Bates numbers ES00013488-ES00013500,

5   produced in this matter, is attached as **Exhibit 17**.

6   15.    A true and correct copy of the Final HP Enterprise Services Statement

7   of Work between HPES and DME Product and Services including attachments, in

8   support of the NASA ACES Contract NNX10272008R, Bates numbers

9   ES00013730-ES00013790, produced in this matter, is attached as **Exhibit 18**.

10  16.    A true and correct copy of Purchase Order 8900000793, Bates numbers

11  ES00000403-ES00000412, produced in this matter, is attached as **Exhibit 19**.

12  17.    A true and correct copy of Purchase Order 8900000223, Bates numbers

13  ES00000413-ES00000430, produced in this matter, is attached as **Exhibit 20**.

14  18.    A true and correct copy of Purchase Order 8900000224, Bates numbers

15  ES00000431-ES00000446, produced in this matter, is attached as **Exhibit 21**.

16  19.    A true and correct copy of Purchase Order 8900010326 V0002, Bates

17  numbers ES00000447-ES00000449, produced in this matter, is attached as

18  **Exhibit 22**.

19  20.    A true and correct copy of KST's Supplemental Responses and

20  Objections to Enterprise Services' First Set of Interrogatories served in this action is

21  attached as **Exhibit 23**.

22  21.    A true and correct copy of excerpts of the November 8, 2018 30(b)(6)

23  Deposition of Armando Tan on behalf of KST Data, Inc. is attached as **Exhibit 51**.

24  22.    A true and correct copy of excerpts of the October 23, 2018 Deposition

25  of Armando Tan is attached as **Exhibit 52**.

26  23.    A true and correct copy of excerpts of the November 6, 2018

27  Deposition of Adam Kiefer is attached as **Exhibit 53**.

28  24.    A true and correct copy of excerpts of the October 16, 2018 Deposition

3534825.2                                    3
BOWMAN DECLARATION ISO KST'S OPPOSITION TO ES'S MSJ

of Joanne Mosig is attached as **Exhibit 54**.

25. A true and correct copy of excerpts of the November 9, 2018 Deposition of Steve Vetter is attached as **Exhibit 55**.

26. A true and correct copy of excerpts of the October 15, 2018 Deposition of Deborah Trotter is attached as **Exhibit 56**.

27. A true and correct copy of excerpts of the November 7, 2018 30(b)(6) Deposition of Adam Kiefer on behalf of Enterprise Services, LLC is attached as **Exhibit 57**.

28. A true and correct copy of excerpts of the October 10, 2018 Deposition of Deborah Fischer is attached as **Exhibit 58**.

29. A true and correct copy of excerpts of the October 26, 2018 Deposition of Jeff Bertoli is attached as **Exhibit 59.**

30. A true and correct copy of excerpts of the October 16, 2018 Deposition of Robert Pearson is attached as **Exhibit 60**.

31. A true and correct copy of excerpts of the October 12, 2018 Deposition of Douglas Harris is attached as **Exhibit 61**.

32. A true and correct copy of excerpts of the October 19, 2018 Deposition of Linda Seitz is attached as **Exhibit 62**.

33. A true and correct copy of excerpts of the October 31, 2018 Deposition of Steve Zaiser is attached as **Exhibit 63**.

34. A true and correct copy of an email to Steve Zaiser, dated May 19, 2011, Bates numbers ES00024241-Es00024242, produced in this matter, is attached as **Exhibit 64**.

35. A true and correct copy of an email to Armando Tan, dated December 2, 2011, Bates numbers KST_CV0001827-KST_CV0001828, produced in this matter, is attached as **Exhibit 65**.

36. A true and correct copy of an email to Douglas Harris, dated October 30, 2013, Bares number KST_CV0000920, produced in this matter, is attached as

**Exhibit 66**.

37. A true and correct copy of an email to Douglas Harris, dated October 30, 2013, Bates number KST_CV0000927, produced in this matter, is attached as **Exhibit 67**.

38. A true and correct copy of an email to Timothy Olivas and Douglas Harris, dated June 24, 2014, Bates number KST_CV0009535, produced in this matter, is attached as **Exhibit 68**.

39. A true and correct copy of an email to Douglas Harris, dated October 31, 2013, Bates number ES00027725, produced in this matter, is attached as **Exhibit 69**.

40. A true and correct copy of an email to Linda Seitz, dated October 24, 2011, Bates numbers ES00023235-ES00023238, produced in this matter, is attached as **Exhibit 70**.

41. A true and correct copy of invoice DME-915304, Bates number ES00027728, produced in this matter, is attached as **Exhibit 71**.

42. A true and correct copy of an email to Coralette Lua, dated October 31, 2013, Bates number ES00027729, produced in this matter, is attached as **Exhibit 72**.

43. A true and correct copy of invoice DME-915305, Bates number ES00027730, produced in this matter, is attached as **Exhibit 73**.

44. A true and correct copy of an email to Jeff Gilpin, dated April 9, 2012, Bates numbers KST_CV0001834-KST_CV0001836, produced in this matter, is attached as **Exhibit 74**.

45. A true and correct copy of an email to Cheryl Thomas, dated January 14, 2013, Bates numbers KST_CV0008660-KST_CV0008661, produced in this matter, is attached as **Exhibit 75**.

46. A true and correct copy of an email to Jeff Bertoli and Stephanie Lupo, dated June 18, 2012, Bates number ES00027988, produced in this matter, is attached as **Exhibit 76**.

47. A true and correct copy of an email to Steve Zaiser and Steve Vetter, dated October 3, 2011, Bates numbers ES00015096-ES00015101, produced in this matter, is attached as **Exhibit 77.**

48. A true and correct copy of an email to Jim Locke, Debbie Fischer, Steve Vetter, and Linda Seitz, dated October 6, 2011, Bates numbers ES00016084-ES00016090, produced in this matter, is attached as **Exhibit 78**.

49. A true and correct copy of an email to Linda Seitz and Steve Zaiser, dated October 24, 2011, Bates numbers ES00023235-ES00023238, produced in this matter, is attached as **Exhibit 79**.

50. A true and correct copy of the "ACES EUSO Operational Status" presentation, dated October 29, 2012, Bates numbers ES00021911-ES00021939, produced in this matter, is attached as **Exhibit 80**.

51. A true and correct copy of an email to Randy McShan, dated April 9, 2014, Bates numbers KST_CV0009110-KST_CV9111, produced in this matter, is attached as **Exhibit 81**.

52. A true and correct copy of an email to Armando Tan, dated March 16, 2012, Bates numbers KST_CV0009326-KST_CV0009328, is attached as **Exhibit 82**.

53. A true and correct copy of an email to Jeff Bertoli, dated August 2, 2012, Bates numbers KST_CV0009105-KST_CV0009109, produced in this matter, is attached as **Exhibit 83**.

54. A true and correct copy of an email to Robert Pearson, Rob Holder, and Joanne Mosig, dated January 24, 2012, Bates numbers ES00025779-ES00025781, produced in this matter, is attached as **Exhibit 84**.

55. A true and correct copy of an email to Jeff Bertoli, dated June 13, 2014, Bates numbers ES000285805-ES00028509, produced in this matter, is attached as **Exhibit 85**.

56. A true and correct copy of "ACES EUSO Operational Status"

presentation, dated March 19, 2012, Bates numbers ES00025173-ES00025195, produced in this matter, is attached as **Exhibit 86.**

57. A true and correct copy of Defendant Enterprise Services LLC's Objections and Responses to Plaintiff's Second Set of Interrogatories served in this action is attached as **Exhibit 87**.

58. A true and correct copy of an email to Steve Vetter, dated May 29, 2015, Bates number ES00009144, produced in this matter, is attached as **Exhibit 88**.

59. A true and correct copy of a Contractor Performance Assessment Report, Bates numbers ES00009145-ES00009159, produced in this matter, is attached as **Exhibit 89**.

60. A true and correct copy of a Contractor Performance Assessment Report, Bates numbers ES00009160-ES00009167, produced in this matter, is attached as **Exhibit 90**.

61. A true and correct copy of a Contractor Performance Assessment Report, Bates numbers ES00009168-ES00009177, produced in this matter, is attached as **Exhibit 91**.

62. A true and correct copy of an email to Steve Vetter, dated November 28, 2011, Bates number KST_CV0001421, produced in this matter, is attached as **Exhibit 92**.

63. A true and correct copy of excerpts of the November 5, 2018 Deposition of Cheryl Thomas is attached as **Exhibit 93**.

64. A true and correct copy of an email to Adam Kiefer, dated December 17, 2015, Bates numbers ES00000679-ES00000685, produced in this matter, is attached as **Exhibit 94**.

65. A true and correct copy of a Subcontracting Report for Individual Contracts, Bates numbers ES00009497-ES00003498, produced in this matter, is attached as **Exhibit 95**.

66. A true and correct copy of a letter to Adam Kiefer, dated May 20, 2016,

1. Bates number ES00012561, is attached as **Exhibit 96**.

67. A true and correct copy of an email to William Horton, dated May 13, 2016, Bates numbers ES00012547-ES00012548, produced in this matter, is attached as **Exhibit 97**.

68. A true and correct copy of a letter to William Horton, dated May 13, 2016, Bates numbers ES00012549-ES00012558, produced in this matter, is attached as **Exhibit 98**.

69. A true and correct copy of an email to Adam Kiefer, dated May 20, 2016, Bates numbers ES00012559-ES00012560, produced in this matter, is attached as **Exhibit 99**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on November 26, 2018, at Los Angeles, California.

/s/ Ashley D. Bowman
Ashley D. Bowman