# EXHIBIT 1 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 2 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 4 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 5 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 6 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 9 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 10 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 11 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 12 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 13 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 14 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 15 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 17 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 18 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 19 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 20 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 21 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 22 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 23 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion For Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 51 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 52 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 53 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 54 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 55 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 56 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 57 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 58 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 59 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 60 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 61 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 62 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 63 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 64 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 65 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 66 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 67 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 68 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 69 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 70 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 71 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 72 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 73 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 74 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 75 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 76 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 77 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 78 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 79 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 80 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 81 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 82 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 83 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 84 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 85 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 86 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 87 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 88 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 89 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 90 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 91 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 92 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 93 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 94 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 95 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 96 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 97 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 98 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# PUBLIC REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 99 To:

# Declaration of Ashley D. Bowman In Support of Plaintiff KST Data, Inc.'s Opposition to Defendant Enterprise Services LLC's Motion for Summary Judgment

# <u>PUBLIC REDACTED</u> VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL