# EXHIBIT 1

**From:** Barnes III, Attison <ABarnes@wileyrein.com>
**Sent:** Tuesday, April 16, 2019 6:09 PM
**To:** Nicole R. Van Dyk; Ashley D. Bowman
**Subject:** RE: KST v. DXC

Nicole –

I have a standing invitation to you if you would like to talk. Although you have my position on the 18% issue, you have not informed me that you are willing to withdraw the request for 18%. If your purpose truly was to have a further discussion to see if this could be resolved, I don't see why you would be avoiding a call.



**Attison L. Barnes, III** | Attorney at Law
1776 K Street NW | Washington, DC 20006
T: 202.719.7385 | abarnes@wileyrein.com
wileyrein.com | Bio | LinkedIn | Twitter

**From:** Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Sent:** Monday, April 15, 2019 9:56 PM
**To:** Barnes III, Attison <ABarnes@wileyrein.com>; Ashley D. Bowman <abowman@birdmarella.com>
**Subject:** RE: KST v. DXC

Attison,

As you know, L.R. 7-3 sets a timeline and requirements for meet-and-confer efforts that you did not even attempt to follow with regard to your request for reconsideration. Calling my office to meet and confer the same day you file a motion is insufficient under L.R. 7-3 regardless of the content of the conversation.

With regard to the call you placed to Ashley, you misrepresented to the court that you met and conferred with her regarding the substance of your motion, when she made clear to you that she was not prepared to meet and confer at the time you placed your cold-call *and* that she could not meet and confer without my involvement. She relayed this to me shortly after her brief call with you when we conferred regarding my availability for a meet-and-confer call.

Though your attempt to skirt your misrepresentations by raising the fact that Ashley has been authorized to meet and confer with you on other occasions is, frankly, beside the point. Throughout the case, I extended your colleagues the courtesy of conferring with you as the supervising partner when they advised me that they needed to consult with you before proceeding on various matters. I expect the same from you.

Nicole

**From:** Barnes III, Attison <ABarnes@wileyrein.com>
**Sent:** Friday, April 12, 2019 2:57 PM
**To:** Nicole R. Van Dyk <nrv@birdmarella.com>; Ashley D. Bowman <adb@birdmarella.com>
**Subject:** RE: KST v. DXC

Nicole –

Before filing the motion, I called your office to have a meet-and-confer. I spoke with Ashley who is counsel of record on the pleadings. I indicated my intent to file the motion, and asked for KST's position. I am not aware of a requirement that I must speak with any particular lawyer when having a meet-and-confer, and Ashley has previously participated in such discussions alone during this litigation. In fact, we have primarily interacted with Ashley in this case, and she took or defended the majority of the depositions.

I note that you did not participate in the discussion on Wednesday, so you would not have personal knowledge of what was discussed. In any event, I understand that your position has not changed, and KST is still seeking 18% pre-judgment interest. If your position has changed, please let me know and we can enter into a stipulation. Again, as I stated in my last e-mail, I remain available to discuss the issue again should you wish to do so. I would hope that you would work in good faith to narrow or resolve a dispute, rather than use your e-mail in an effort to gain some tactical advantage.



**Attison L. Barnes, III** | Attorney at Law
1776 K Street NW | Washington, DC 20006
T: 202.719.7385 | abarnes@wileyrein.com
wileyrein.com | Bio | LinkedIn | Twitter

**From:** Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Sent:** Friday, April 12, 2019 2:09 PM
**To:** Barnes III, Attison <ABarnes@wileyrein.com>; Ashley D. Bowman <abowman@birdmarella.com>
**Subject:** RE: KST v. DXC

Attison,

Your repeated attempts to misrepresent our discussions—both in these email exchanges and to the court—are as inappropriate as they are inaccurate. We have not discussed your motion for reconsideration many times; you first advised us that you were planning to file a motion during your three-minute call with Ashley on Wednesday. She advised you that she was not available to meet and confer at that time and that she would check with me regarding my availability for a meet-and-confer call, which I needed to participate in as the supervising partner on this matter. She later emailed you with our availability. Rather than scheduling a call, you chose to file without meeting and conferring in violation of L.R. 7-3 and to misrepresent your compliance to the court. As Ashley stated below, we will raise this issue at the appropriate time in response to your improperly filed motion.

Thanks,
Nicole

**Nicole Rodriguez Van Dyk**
*Principal*
O: 310.201.2100
F: 310.201.2110
E: nvandyk@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
www.BirdMarella.com

2

**From:** Barnes III, Attison <ABarnes@wileyrein.com>
**Sent:** Thursday, April 11, 2019 9:50 AM
**To:** Ashley D. Bowman <adb@birdmarella.com>
**Cc:** Nicole R. Van Dyk <nrv@birdmarella.com>
**Subject:** RE: KST v. DXC

Ashley –

As you know, we have conferred on this issue multiple times. I remain available to discuss the issue again should you wish to do so. Please let me know. Thank you.



**Attison L. Barnes, III** | Attorney at Law
1776 K Street NW | Washington, DC 20006
T: 202.719.7385 | abarnes@wileyrein.com
wileyrein.com | Bio | LinkedIn | Twitter

**From:** Ashley D. Bowman <abowman@birdmarella.com>
**Sent:** Wednesday, April 10, 2019 5:49 PM
**To:** Barnes III, Attison <ABarnes@wileyrein.com>
**Cc:** Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Subject:** RE: KST v. DXC

Attison:

Your summary of our call this morning is not accurate. I told you during our three-minute phone call that I was not prepared to meet and confer this morning as I only had a few minutes to speak. I also told you that I needed to include Nicole in the meet and confer discussion regarding the motion grounds and available motion hearing dates, and that I would see when she was available to have a call with you. I emailed you to lay out that information once I was able to obtain it.

As you know, calling me the morning that you intend to file a motion, with no prior notice or communication, does not satisfy the meet and confer requirements set forth in L.R. 7-3. If you intend to file your motion today, I presume that you will not include a L.R. 7-3 declaration since you haven't given us an opportunity to meet and confer as required by the rules. Please note that should you proceed with filing your motion, we will object to it on that basis in addition to any others that apply.

Ashley.

**Ashley D. Bowman**
*Associate*
O: 310.201.2100
F: 310.201.2110
E: abowman@birdmarella.com
**Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.**

3

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
www.BirdMarella.com

**From:** Barnes III, Attison <ABarnes@wileyrein.com>
**Sent:** Wednesday, April 10, 2019 2:21 PM
**To:** Ashley D. Bowman <adb@birdmarella.com>
**Cc:** Nicole R. Van Dyk <nrv@birdmarella.com>
**Subject:** RE: KST v. DXC

Ashley –

I'm not sure what you mean. To the extent it was required, we had a meet-and-confer discussion earlier today where I told you the bases for the motion for reconsideration. You said you would call me back this afternoon if you changed your mind on these issues, and the same issues are the subject of prior filings anyway. Instead of calling me back (I have not left my office for the last two hours and was in my office when you sent your e-mail a few minutes ago), you sent the e-mail below when you knew I was filing my reconsideration motion today. I will be in my office for the next two hours if you change your mind and consent to reconsideration. Otherwise, I am proceeding with the reconsideration request.



**Attison L. Barnes, III** | Attorney at Law
1776 K Street NW | Washington, DC 20006
T: 202.719.7385 | abarnes@wileyrein.com
wileyrein.com | Bio | LinkedIn | Twitter

**From:** Ashley D. Bowman <abowman@birdmarella.com>
**Sent:** Wednesday, April 10, 2019 5:02 PM
**To:** Barnes III, Attison <ABarnes@wileyrein.com>
**Cc:** Nicole R. Van Dyk <nvandyk@birdmarella.com>
**Subject:** KST v. DXC

Hi Attison,

Nicole and I are both unavailable for May 20 and May 28th hearing dates – the earliest we can do is June 3.

With regard to M&C on your motion for reconsideration we are available to discuss Friday from 9-12 Pacific, or otherwise Monday April 15 in the afternoon. Either date will allow sufficient notice to comply with LR 7-3 based on a June 3 filing date.

Best,

Ashley

**Ashley D. Bowman**
*Associate*
O: 310.201.2100
F: 310.201.2110
E: abowman@birdmarella.com

4

Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
www.BirdMarella.com

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com.