JS-6

1   Gary S. Lincenberg (SBN123058)
      glincenberg@birdmarella.com
2   Nicole R. Van Dyk (SBN 261646)
      nvandyk@birdmarella.com
3   Ashley D. Bowman (SBN 286099)
      abowman@birdmarella.com
4   **BIRD, MARELLA, BOXER, WOLPERT, NESSIM,**
    **DROOKS, LINCENBERG & RHOW, P.C.**
5   1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
6   Telephone: (310) 201-2100
    Facsimile: (310) 201-2110

7

8   Randall S. Leff (SBN 77148)
      rleff@ecjlaw.com
9   Kenneth P. Hsu (SBN 306326)
      khsu@ecjlaw.com
10  **ERVIN COHEN & JESSUP LLP**
    9401 Wilshire Boulevard, Ninth Floor
11  Beverly Hills, California 90212-2974
    Telephone  (310) 273-6333
12  Facsimile  (310) 859-2325

13  Attorneys for Plaintiff and Counterdefendant KST Data, Inc. and
    Counterdefendant Armando Tan

14              **UNITED STATES DISTRICT COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

| | |
|---|---|
| 17  KST DATA, INC., a California Corporation, | Case No. CV 17-7927-GW-SKx |
| 18              Plaintiff, | *Assigned to Hon. George H. Wu* |
| 19      v. | **ORDER GRANTING** |
| 19  DXC TECHNOLOGY COMPANY, a Nevada Corporation; ENTERPRISE | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 20  SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-10, | |
| 21 | |
| 22              Defendants. | |
| 23  ENTERPRISE SERVICES LLC, a Delaware Limited Liability Company, | |
| 24              Counterclaimant, | |
| 25      v. | |
| 26  KST DATA, INC., a California Corporation; ARMANDO TAN, an individual; and MITCHELL EVANS, | |
| 27  an individual, | |
| 28              Counterdefendants. | |

Sidebar (vertical): ERVIN COHEN & JESSUP LLP

1    Having reviewed the parties' Stipulation of Dismissal with Prejudice, and
2  good cause appearing therefor, the Court hereby dismisses the above-captioned
3  action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure
4  41(a)(2), with each party to bear its own costs, including attorneys' fees.
5    **IT IS SO ORDERED.**
6
7  DATED: April 20, 2021

_____

Hon. George H. Wu
United States District Judge

ERVIN COHEN & JESSUP LLP

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE